

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2020

No. 04-20-00110-CR

Juan **CERDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9972-W1
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Liza A. Rodriguez, Justice

Appellant's pro se Motion to Reinstate Dismissed Case is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court